UNITED STATES DISTRICT COURT
for
**WESTERN DISTRICT OF TENNESSEE**

97-20189

FILED BY _____ D.C.

05 JUL 20 AM 6:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs Howard Patrick**

Docket No. 2:97CR20189-001

Petition on Probation and Supervised Release

COMES NOW <u>Lorin J. Smith</u>, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Howard Patrick,</u> who was placed on supervision by the Honorable <u>Bernice B. Donald</u> sitting in the Court at <u>Memphis, Tennessee</u>, on the <u>1st</u> day of <u>April, 1998</u>, who fixed the period of supervision at <u>three (3) years*</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The Defendant shall receive mental health treatment as directed by the Probation Office.
2) The Defendant shall maintain employment.

*Supervision began June 4, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Patrick was convicted of Sexual Exploitation of a Minor. He has completed his seventy eight (78) month term of incarceration and has begun his supervision in the Northern District of Georgia. During his time of incarceration Mr. Patrick did not participate in sexual offender treatment of counseling. The United States Probation Office of the Northern District of Georgia has requested modification of the Special Conditions to require sexual offender assessment, treatment and counseling as well as a condition allowing for search and seizure. On July 1, 2005 Mr. Patrick signed a Probation From 49, Waiver of Hearing to Modify the Conditions of Supervised Release or Extend Term of Supervision, agreeing to the following special conditions : 1.) The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the Untied States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any item which may be deemed to have evidentiary value related to violations of supervision. 2) The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision fo the U.S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

**PRAYING THAT THE COURT WILL ORDER** that the special conditions of Mr. Howard Patrick's Supervised Release be modified include the aforementioned conditions.

**ORDER OF COURT**

Considered and ordered this 19 Day of July, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_____
Lorin J. Smith
U.S. Probation Officer

Place: Memphis, Tennessee

Date: July 13, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05

(33)

# UNITED STATES DISTRICT COURT

for

# WESTERN DISTRICT OF TENNESSEE

### Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision of the U.S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

Signed:                                          Witness:

_Howard A. Patrick_                              _Sandra S. Glover_
Howard A. Patrick                                Sandra S. Glover
Supervised Releasee                              Sr. U. S. Probation Officer

Date: 2/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:97-CR-20189 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT